# United States Court of Appeals for the Federal Circuit

E R R A T U M

May 23, 2006

Appeal No. 05-5031 <u>Northwest Louisiana Fish v. US</u>

Precedential Opinion

Decided:  May 2, 2006

On page 3, line 9, of the dissent change "discreet" to --discrete--.